```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 11388
   LOUIS VARGAS
   MINNIE B VARGAS                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK

              Debtor
   SSN XXX-XX-4082     SSN XXX-XX-8508

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/26/07 and confirmed on 09/13/07.

     2.  The case was dismissed after confirmation, 02/29/2008.

     3.  The Debtor paid a total of $   3563.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US BANK NATL ASSOC | CURRENT MORTG | .00 | .00 | .00 |
| US BANK NATL ASSOC | MORTGAGE ARRE | .00 | .00 | .00 |
| CITIFINANCIAL MORTGAGE | SECURED | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | 26471.54 | 927.52 | 300.00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 9894.42 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 9395.39 | .00 | .00 |
| A + DENTAL | UNSECURED | NOT FILED | .00 | .00 |
| ACADEMY COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1934.44 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1766.31 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 627.93 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1103.63 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1188.65 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 603.42 | .00 | .00 |
| GINNYS | UNSECURED | 334.70 | .00 | .00 |
| EXXON MOBILE | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT | UNSECURED | 514.27 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1022.57 | .00 | .00 |
| LHR COLLECTION | UNSECURED | 1073.87 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LEGACY VISA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 403.76 | .00 | .00 |
| LOWES | UNSECURED | NOT FILED | .00 | .00 |
| LTD FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | 1992.50 | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 285.40 | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | 105.80 | .00 | .00 |

```
FLEET SERVICES CORP          UNSECURED      NOT FILED           .00          .00
THE SWISS COLONY             UNSECURED         333.91           .00          .00
PBC                          UNSECURED      NOT FILED           .00          .00
ECAST SETTLEMENT CORPORA     UNSECURED         932.06           .00          .00
PLAINS COMMERCE BANK         UNSECURED         401.54           .00          .00
ECAST SETTLEMENT CORPORA     UNSECURED         624.65           .00          .00
CITIFINANCIAL MORTGAGE       MORTGAGE ARRE     426.97           .00          .00
ECMC                         UNSECURED      NOT FILED           .00          .00
SUNTECH                      UNSECURED        6776.50           .00          .00
CAPITAL ONE BANK             UNSECURED        1082.81           .00          .00
ASPIRE VISA                  UNSECURED        1828.22           .00          .00
INTERNAL REVENUE SERVICE     UNSECURED        1742.72           .00          .00
CAPITAL ONE BANK             UNSECURED         953.91           .00          .00
CAPITAL ONE BANK             UNSECURED        3883.97           .00          .00
SEVENTH AVENUE               UNSECURED         629.09           .00          .00
EMERGE MASTERCARD            UNSECURED         321.77           .00          .00
PORTFOLIO RECOVERY ASSOC     UNSECURED         720.99           .00          .00
PORTFOLIO RECOVERY ASSOC     UNSECURED         779.80           .00          .00
PORTFOLIO RECOVERY ASSOC     UNSECURED        1027.31           .00          .00
```

Summary of disbursements:

```
                    SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
TOTAL CLMS ALLOWED  26898.51      9395.39     44890.92          .00      81184.82
PRINCIPAL PAID        300.00          .00          .00          .00        300.00
INTEREST PAID         927.52          .00          .00          .00        927.52
TOTAL PAID           1227.52          .00          .00          .00       1227.52
```

The Debtor's attorney, PATRICK A MESZAROS             , was allowed $   3500.00 and was paid $   2174.38 .

The Trustee received $    161.10 .

Refunds to the Debtor totaled $        .00 .



Dated: 05/20/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                         PAGE   3
     CASE NO. 07 B 11388 LOUIS VARGAS & MINNIE B VARGAS
```